

 

# Shop

Showing all 8 results

Default sorting



**808 HI-DR8 – 40oz Vacuum Insulated Water Bottle – Black Sand**

$35.00

Add to Cart



**808 HI-DR8 – 40oz Vacuum Insulated Water Bottle – Green Isle**

$35.00

Add to Cart



**808 HI-DR8 – 40oz Vacuum Insulated Water Bottle – Hibiscus Red**

$35.00

Add to Cart



**808 HI-DR8 – 40oz Vacuum Insulated Water Bottle – Ko`olau Camouflage**

$35.00

Add to Cart



**808 HI-DR8 – 40oz Vacuum Insulated Water Bottle – Pink Plumeria**

$35.00



**808 HI-DR8 – Sipper Lid Pink**

$6.50

Add to Cart



**808 HI-DR8 – Sipper Lid Red**

$6.50

Add to Cart



**808 HI-DR8 – Snap Top Lid Black**

$4.00

Add to Cart

Exhibit K to Complaint, Page 1 of 7

**Add to Cart**

## Our Testimonials

## Awesome Product!

My daughter loved the sipper top I got her for Christmas. Home Run!! Wonder if you guys are planning more colors got a red one for myself and one for my son. My wife was expecting one, but there was no green one (hint, hint).

I also purchased a 40oz bottle to give as a gift, it was a hit too! The difference between your product and the other one is your creativity on the colors and patterns. Thank You for making me the Hero!! Went out today and made more purchases.

**Archie Poki**



· © 2014 808 HI-DR8, LLC. ·

Back to top



« All Events

# New Year Bottle Exchange

**January 17 - January 18**

 0     0

**Bring your broken, dented, old, or unwanted stainless steel flask/bottle and receive a discount on a NEW 808 HI-DR8 bottle for $25!**



**January 17 and 18, 2015**
Hawaii Self Storage
9:00 am – 3:00 pm
98-138 Hila Place, Pearl City, HI 96782

**January 17, 2015**
Honolulu Night Market at Kaka'ako
6:00 pm – 11:00 pm
449 Cooke St., Honolulu, HI 96813

Turned in old flasks/bottles will be recycled and proceeds will be donated in support of Shriners Hospital for Children, Honolulu — Walk-in Orthopedic Fracture Clinic for pediatric orthopaedic care (broken bones, suspected fractures and sports injuries).

For further information, please contact us.

**+ GOOGLE CALENDAR**    **+ ICAL EXPORT**

## Details

**Start:**
January 17

**End:**
January 18

**Event Category:**
Public Events

**Event Tags:**
bottle exchange

## Organizer

808 HI-DR8, LLC.

## Venue

808 HI-DR8, LLC.

98-138 Hila Place, Pearl City,
HI 96782 United States
+ Google Map

**Website:**
www.808hidr8.com



Exhibit K to Complaint, Page 4 of 7





 (/808hidr8) **808hidr8 (/808hidr8)**

23 days...  f Like   🐦 Tweet

808 h🌴-dr8

if in the mililani area ,check out @midnightglassworks (/midnightglassworks) for 808 hi-dr8 bottles and their custom glass etched items! #808hidr8 (/tag/808hidr8) #hidr8 (/tag/hidr8) #sportsbottle



...8 Likes (/808hidr8) **nbmf65 (/nbmf65)**
(/_nbmf65) (/_shawn_boss)
where are 23 days ago
(/chastene_marie) you located?
(/kittykat205)



Comments **_mt_kp (/mt_kp)**

23 days ago

where is this? @808hidr8 (/808hidr8)

 (/808hidr8) **808hidr8 (/808hidr8)**

mililani high 23 days ago school @mt_kp (/mt_kp) @briiaanne_ (/briiaanne_)

(/biclassclothing808)

Report Offensive Content (/reports)

FEEDS BY CATEGORY

Popular (/popular)

Celebrities (/c/celebrities)

PLUS

Popular Users (/instagram-popular-users)

People
(/tag/people)(/tag/animals) (/tag/sport)
Animals
Sport
LOL (/tag/lol)
Nature
(/tag/nature)
Food
(/tag/food)
Travels
(/tag/travels)
Love
(/tag/love)
Girls
(/tag/girls)
Boys
(/tag/boys)
Music
(/tag/music)
Movie
(/tag/movie)

(/)




Sign in with Instagram (/login)



Report Offensive Content



(/808hidr8)
**@808hidr8**
**(/808hidr8)**

808 H   -DR8 BLUE
HAWAII 40oz available
at @hnlnightmarket
(http://www.lookergram.cc
on Jan 17th! #808hidr8
(http://www.lookergram.cc
#hidr8
(http://www.lookergram.cc
#blue
(http://www.lookergram.cc
#hawaii
(http://www.lookergram.cc
#thetakeover
(http://www.lookergram.cc
Don't forget to bring
your old or scratched
bottles for our NEW
YEAR/NEW BOTTLE
EXCHANGE !
#supportlocal
(http://www.lookergram.cc

**Share**

(https://api.addthis.com/oexchange/0.8/forward/face
4e2204i6529.car2&c=1&title=%40808hidr8%20-%2
DR8%20%0ABLUE%20HAWAII%2040oz%20available%
%20lookergram&pco=tbxnj-1.0)

(https://api.addthis.com/oexchange/0.8/forward/twi
4e2204i6529.car2&c=1&title=%40808hidr8%20-%2
DR8%20%0ABLUE%20HAWAII%2040oz%20available%
%20lookergram&pco=tbxnj-1.0)

(https://api.addthis.com/oexchange/0.8/forward/goo
url=http%3A%2F%2Fwww.lookergram.com%2Fp%2F
%20808%20H%20%9F%3C%B4-
DR8%20%0ABLUE%20HAWAII%2040oz%20available%
%20lookergram&pco=tbxnj-1.0)

Copyright 2015 Lookergram - This product uses the Instagram API but is not endorsed or certified by Instagram.

